# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re )<br>)<br>ROGELIO A. CASIMIRO and BELEN T. )<br>CASIMIRO )<br>)<br>        Debtors. )<br>_____ )<br>)<br>FRANCO ENSALDO, et al., )<br>)<br>        Plaintiffs, )<br>)<br>    v. )<br>)<br>ROGELIO A. CASIMIRO, ET AL., )<br>)<br>        Defendants, )<br>_____ ) | CASE NO. CIV-F-07-1218 AWI<br><br>ORDER CLARIFYING EFFECT OF<br>SEPTEMBER 29, 2008,<br>ORDER OF JUDGE LEE |

    Having considered the ex parte motion of the Trustee and good cause appearing,

    **IT IS ORDERED**, that the removed matter, the objection to Claim No. 22, includes the resolution of the amount of the priority claim at $75,000.00 as fixed by the Order of Judge Lee of September 29, 2008.

    **IT IS FURTHER ORDERED** that certification of the class of priority creditors represented by Claim No. 22 and appointment of class counsel shall be determined in conjunction with the two pending District Court cases dealing with all of Debtor's former employees.

    **IT IS FURTHER ORDERED** that the Trustee has no duty to continue to prosecute the

objection to Claim No. 22 and shall hold the $75,000.00 settlement amount and interest pending further order of this District Court.

IT IS SO ORDERED.

**Dated:   March 30, 2009**             /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE