1  STAN S. MALLISON, SBN 184191
   HECTOR R. MARTINEZ, SBN 206336
2  MARCO A. PALAU, SBN 242340
   LAW OFFICES OF MALLISON & MARTINEZ
3  1939 Harrison Street, Suite 730
   Oakland, CA  94612
4  Telephone:  (510) 832-9999
   Facsimile:  (510) 832-1101
5
   CHRISTIAN L. RAISNER, SBN 133839
6  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
7  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
8  Telephone 510.337.1001
   Facsimile: 510.337.1023
9  E-mail:  courtnotices@unioncounsel.net

10 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| In re:<br><br>ROGELIO A. CASIMIRO and BELEN T. CASIMIRO,<br><br>     Debtors. | *Case No. 1:07-cv-01218-AWI*<br><br>Bankruptcy No. 05-19558-B-7<br><br>**ORDER RE: STIPULATION RESPECTING CLASS CLAIM SETTLEMENT PROCEEDS AND RELATED CASE** |

**ORDER**

This matter, concerning a class claim filed in the bankruptcy case of Rogelio A. Casimiro, was withdrawn from the bankruptcy court. Rogelio A. Casimiro, the Class Claimants and bankruptcy Trustee Patrick Kavanagh entered into a Stipulation Respecting Class Claim Settlement Proceeds and Related Case (the "Stipulation"), which is filed as Document 28.  The undersigned,

-1-

Order Re:Stipulation Respecting Class Claim Settlement Proceeds And   Related Case
Case No. 1:07 CV 01218 AWI

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

having read and considered the Stipulation and the matters on file, and being apprised in the premises, and good cause appearing,

IT IS SO ORDERED.

Dated: September 20, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001