STAN S. MALLISON, SBN 184191
HECTOR R. MARTINEZ, SBN 206336
MARCO A. PALAU, SBN 242340
LAW OFFICES OF MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA  94612
Telephone:  (510) 832-9999
Facsimile:  (510) 832-1101

CHRISTIAN L. RAISNER, SBN 133839
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Facsimile: 510.337.1023
E-mail:  courtnotices@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| In re:<br><br>ROGELIO A. CASIMIRO and BELEN T. CASIMIRO,<br><br>　　　　　Debtors. | *Case No. 1:07-cv-01218-AWI*<br><br>Bankruptcy No. 05-19558-B-7<br><br>**ORDER RE: STIPULATION RESPECTING CLASS CLAIM SETTLEMENT PROCEEDS AND RELATED CASE** |

**ORDER**

　　　　This matter, concerning a class claim filed in the bankruptcy case of Rogelio A. Casimiro, was withdrawn from the bankruptcy court. Rogelio A. Casimiro, the Class Claimants and bankruptcy Trustee Patrick Kavanagh entered into a Stipulation Respecting Class Claim Settlement Proceeds and Related Case (the "Stipulation"), which is filed as Document 28.  The undersigned,

1  having read and considered the Stipulation and the matters on file, and being apprised in the

2  premises, and good cause appearing,

3

4

5  IT IS SO ORDERED.

6  Dated:   September 20, 2012                    _____

7                                                 CHIEF UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001