# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** <br><br> **ROGELIO A. CASIMIRO and BELEN T. CASIMIRO,** <br><br> **Debtors.** | **CASE NO. 1:07-CV-1218 AWI** <br> **BANKR. CASE NO. 05-19558-B** <br><br> **ORDER DIRECTI NG CHAPTER 7 TRUSTEE TO DEPOSIT CERTAIN AMOUNTS INTO COURT REGISTRY** |

Puruant to the ex parte motion of the Chapter 7 trustee, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

The Chapter 7 trustee is ordered to deposit the remaining funds on hand in the Chapter 7 bankruptcy into the Court Registry.

IT IS SO ORDERED.

Dated:   August 22, 2014                    _____
                                            SENIOR  DISTRICT  JUDGE