BRUCE A. HARLAND, Bar No. 230477
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone (510) 337-1001
Fax  (510) 337-1023
E-Mail:  courtnotices@unioncounsel.net
              bharland@unioncounsel.net

LISL R. SOTO, Bar No. 261875
CAITLIN E. GRAY, Bar No. 305118
NOREY LEE NAVARRO, Bar no. 348231
Weinberg, Roger & Rosenfeld
A Professional Corporation
800 Wilshire Blvd. Suite 1020
Los Angeles, California 90017
Telephone:  (213) 380-2344
Fax:  (213) 443-5098
E-Mail:  lsoto@unioncounsel.net
              cgray@unioncounsel.net
              nnavarro@unioncounsel.net
              courtnotices@unioncounsel.net

Attorneys for Claimants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| IN RE:<br><br>ROGELIO A. CASIMIRO<br><br>and BELEN T. CASIMIRO,<br><br>Debtors. | No. 1:07-CV-01218-JLT<br>Related to Case Nos.:<br>1:06-CV-000288-OWW-DLB<br>1:05-CV-01417-AWI-SMS<br>1:06-CV-00028-AWI<br>Adversary No. 05-01401<br>1:05-CV-01600-FVS-SMS<br><br>Bankruptcy Case No. 05-19558-B-7<br><br>**[PROPOSED] ORDER TO DISBURSE FUNDS** |

1

[PROPOSED] ORDER TO DISBURSE FUNDS
CASE NO. 1:07-CV-01218-JLT
111842\1425912

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

Arnoldo Lara, Mario Laveaga, Mirna Diaz, Paula Leon, Raul Diaz, Margarito Santiago, Ponciano Santiago, Alejandra Hernandez, Nicolasa Paz, Leodegario Mosqueda, and Angelica Rosales (hereinafter collectively "Claimants") having moved the Court for an order directing the Clerk of the Court to disburse the settlement funds now on deposit in the Court-Administered Fund in the amount of $75,000.00 plus all accrued interest to date related to the above-entitled action, and the Court having heard such application is of the opinion that said motion should be granted.

IT IS THEREFORE ORDERED that 30 days following the entry of this order, the Clerk of the Court is hereby directed to disburse said $75,000.00 plus all accrued interest to date from the register of the Court by check payable, to "Weinberg, Roger & Rosenfeld, Attorney-Client Trust Account" (hereinafter "WRR Client Trust Account") and mailed to the following address: Weinberg, Roger & Rosenfeld, c/o Caitlin E. Gray, 1375 55th Street, Emeryville, California 94608.

Within 14 days of receipt of such check, Weinberg, Roger & Rosenfeld is hereby directed to disburse said $75,000.00 plus all accrued interest to date from the WRR Client Trust Account, by check payable to the following Claimants:

1. Arnoldo Lara Saldaña, 701 Meyer St, Apt. 107, Arvin, CA 92303, in the amount of $6,818.18 plus all accrued interest thereon.

2. Mario Laveaga, 2306 Lake Street, Bakersfield, CA 93306 in the amount of $6,818.18 plus all accrued interest thereon.

3. Mirna Diaz Leyva, 1034 Eureka St, Bakersfield, CA 93305, in the amount of $6,818.18 plus all accrued interest thereon.

4. Paula Leon, 1034 Eureka St, Bakersfield, CA 93305, in the amount of $6,818.18 plus all accrued interest thereon.

5. Raul Diaz Leyva, 1034 Eureka St, Bakersfield, CA 93305, in the amount of $6,818.18 plus all accrued interest thereon.

6. Margarito Santiago, 7821 Georgetown Ave, Lamont, CA 93241, in the amount of $6,818.18 plus all accrued interest thereon.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

2
[PROPOSED] ORDER TO DISBURSE FUNDS
CASE NO. 1:07-CV-01218-JLT
111842\1425912

7. Ponciano Santiago, 1230 Isleton, Apt, 2, Oxnard, CA 93030 in the amount of $6,818.18 plus all accrued interest thereon.

8. Alejandra Hernandez Bautista, 7821 Georgetown Ave, Lamont, CA 93241, in the amount of $6,818.18 plus all accrued interest thereon.

9. Nicolasa Paz, 10700 Santa Barbara St, Lamont, CA in the amount of $6,818.18 plus all accrued interest thereon.

10. Leodegario Mosqueda, 1502 Camino Primavera, Bakersfield, CA 93306, in the amount of $6,818.18 plus all accrued interest thereon.

11. Angelica Rosales, 682 Grove St, Arvin, CA 93203, in the amount of $6,818.18 plus all accrued interest thereon.

IT IS FURTHER ORDERED that upon issuance of said $75,000.00 plus all accrued interest to date from the Court-Administered Fund in the form of a check to the WRR Client Trust Account as described above, the instant case will be dismissed. Within 90 days of the date of this order, Counsel for Plaintiffs shall either file dispositional documents or a status report indicating why dismissal is not yet appropriate and proposing a revised deadline for the same.

IT IS SO ORDERED.

Dated: **January 3, 2024**

_____
UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

3

[PROPOSED] ORDER TO DISBURSE FUNDS
CASE NO. 1:07-CV-01218-JLT
111842\1425912