UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>ROGELIO A. CASIMIRO and BELEN T. CASIMIRO,<br><br>Debtors. | No. 1:07-CV-01218 JLT<br><br>Bankruptcy Case No. 05-19558-B-7<br><br>ORDER TO DISMISS AND CLOSE CASE |

This case was initiated as a withdrawal of reference as to certain matters in the underlying bankruptcy case. (*See* Doc. 1.) The contested matters were resolved as part of a global settlement. (*See* Docs. 28, 30.) Counsel for claimants now represents that all relevant settlement funds have been equitably dispersed among the Eleven Claimants and have moved to dismiss the matter. (Doc. 51.) The motion, filed June 6, 2024, was served on all parties and set for hearing on July 11, 2024. (Docs. 51–51-3.) The opposition deadline has now passed, *see* Local Rule 230(c), and no additional filings have been received. Thus, the Court deems the matter suitable for decision on the papers pursuant to Local Rule 230(g).

Considering the representation that the settlement funds have now been disbursed, this

matter is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(2) [1] and the Clerk of Court is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated:   **June 22, 2024**

_____
UNITED STATES DISTRICT JUDGE

---

[1] Claimants framed the motion as one brought under Federal Rule of Civil Procedure 16 (Pretrial Conferences; Scheduling; Management) and Local Rule 160 (Notice of Settlement or Other Disposition). (See Doc. 51.) As neither of those rules appear to permit dismissal under these circumstances, the Court will evaluate the motion under Fed. R. Civ. P. 41(a)(2) (permitting dismissal "at the plaintiff's request only by court order, on terms that the court considers proper).

2